UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David P. Tremblett, Jr. and Jacquelyn Tremblett ) | Chapter 13 |
| ) | Case No.: 12-12193-JNF |
| Debtors ) | |
| ) | |

## MOTION TO VACATE DISMISSAL

NOW COME Debtors, David P. Tremblett, Jr. and Jacquelyn Tremblett, and request that this Honorable Court vacate its dismissal ordered on September 27, 2013. As reasons herefore Debtors through their counsel state that:

1. **Debtors, David P. Tremblett, Jr. and Jacquelyn Tremblett, commenced this case on March 16, 2012 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code;**
2. **Debtors counsel inadvertently calendared an incorrect deadline for a response to Trustee's Motion to Dismiss;**
3. **Debtors through their counsel, since the dismissal, have filed an amended plan addressing Trustee's issues as stated in her Motion to Dismiss and;**
4. **Debtors have and continue to make proper and timely payments to their Chapter 13 plan.**

Therefore, Debtor's through their counsel respectfully request that this Honorable Court vacate the order of dismissal issued on September 27, 2013 or other relief that this Court may deem just.

Respectfully Submitted,
David P. and Jacquelyn Tremblett
By their attorney,

/s/ Brian R. Lewis
Brian R. Lewis, Esq. (BBO#641100)
Law Office of Brian R. Lewis
PO Box 1162
Lakeville, MA 02347
(508) 946-3323
brian@brianrlewis.com
September 30, 2013

10/17/2013 Allowed.